60 F.3d 1460w
 27 Bankr.Ct.Dec. 785, 95 Cal. Daily Op. Serv. 6164,
95 Daily Journal D.A.R. 10,539
 In re Aarl HUNTER, Debtor.
Sherwin KALT, Appellant,
v.
Aarl HUNTER, individually and as Trustee of the Hunter
Family Trust, and as Trustee of the Aarl R.
Hunter, D.D.S., Inc. Profit and Pension
Fund, Appellees.
 No. 93-17327.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted June 12, 1995.
Decided Aug. 4, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION